**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01896-NYW

LAUREANA LEDEZMA,

Plaintiff,

v.

YOUNG LIFE,

Defendant.

**PLAINTIFF'S EMERGENCY MOTION FOR LEVEL 1 RESTRICTED ACCESS OF PLAINTIFF'S REPLY TO DEFENDANT YOUNG LIFE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [ECF NO. 38]**

Pursuant to D.C.COLO.LCivR 7.2, Plaintiff Laureana Ledezma moves to immediately restrict Plaintiff's Reply to Defendant Young Life's Opposition to Plaintiff's Motion for Protective Order ("Reply") [ECF No. 38]. Defendant opposes the relief sought.

On November 4, 2020, Ms. Ledezma filed her Motion for Protective Order under Level 1 restricted access, which sought to limit discovery into certain private and sensitive past trauma in her life. [*See* ECF No. 26]. On November 13, Ms. Ledezma timely filed a Motion to Restrict Plaintiff's Motion for Protective Order ("Motion"), [ECF No. 28], in which she included an alternative version of her Motion for Protective Order vaguely referring to the information sought to be excluded from discovery, [*see* ECF No. 28-1]. Defendant publicly filed its Opposition to Plaintiff's Motion for Protective Order, [ECF No. 29], and Ms. Ledezma filed an Emergency Motion for Temporary Level 1 Restricted Access, [ECF No. 30]. She later moved for Level 1 Restricted Access. [ECF No. 33]. The Court granted both of Ms. Ledezma's Motion to Restrict,

1

ordered the clerk to replace the restricted Motion with the revised version, and instructed Defendant to file a similar redacted or edited version of its response. [ECF No. 34]. In its order, the Court recognized that the "proffered edited version of the original Motion . . . strikes an appropriate balance between the privacy interests of Plaintiff and non-parties and the public interest in access to litigation materials." *Id.* at 3.

Ms. Ledezma filed her Reply publicly without disclosing the sensitive information she was seeking to keep confidential. However, she inadvertently included one reference to the specifics of her past trauma. As such, Ms. Ledezma respectfully requests that the Court place her Reply under Level 1 restricted access and substitute it with the edited version attached hereto as **Exhibit 1** pending a forthcoming motion to restrict.

Dated this 8th day of December 2020.

> *s/ Ellen K. Giarratana*
> Ellen K. Giarratana
> Iris Halpern
> RATHOD | MOHAMEDBHAI LLC
> 2701 Lawrence Street, Ste 100
> Denver, Colorado 80205
> 303-578-4400 (t)
> 303-578-4401 (f)
> eg@rmlawyers.com
> ih@rmlawyers.com