**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01896-NYW

LAUREANA LEDEZMA,

Plaintiff,

v.

YOUNG LIFE,

Defendant.

**PLAINTIFF'S MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 38**

Pursuant to D.C.COLO.LCivR 7.2 and this Court's December 8, 2020 Minute Order, [ECF No. 40], Plaintiff Laureana Ledezma files this Motion for Level 1 Restricted Access to ECF No. 38 (Plaintiff's Reply to Defendant Young Life's Opposition to Plaintiff's Motion for Protective Order). This Motion follows Plaintiff's Emergency Motion for Level 1 Restricted Access of Plaintiff's Reply to Defendant Young Life's Opposition to Plaintiff's Motion for Protective Order, [ECF No. 39], in which Ms. Ledezma attached a modified copy of her Reply, [ECF No. 39-1]. This Court granted Ms. Ledezma's Emergency Motion, in which it temporarily restricted her Reply, [ECF No. 38], and ordered the clerk to file the modified copy "as the Redacted Version of [38] Plaintiff's Reply." [ECF No. 40].

Ms. Ledezma now moves for permanent level 1 restriction of her original Reply, [ECF No. 38], for the same reasons articulated in her already-granted Motion for Level 1 Restricted Access to ECF No. 25, 25-1, 25-2, & 25-3, [ECF No. 28]. Specifically, the information Defendant seeks to make public is entirely irrelevant to this action, propagates prejudicial stereotypes, and its

1

widespread disclosure would be invasive and unfair to both Ms. Ledezma and her family. [*See* ECF No. 35 at 4-6 (harmful stereotypes), 8-11 (irrelevance), 12-13 (invasive and unfair)]. However, in line with this Court's previous order recognizing that a modified brief "strikes the appropriate balance between the privacy interests of Plaintiff and non-parties and the public interest in access to litigation materials," [ECF No. 34 at 3], Ms. Ledezma has provided the Court with a modified copy of her Reply for public filing, [*see* ECF No. 41]. As such, Ms. Ledezma respectfully requests that the Court maintain level 1 restriction over her original Reply and order that the modified copy operate as the publicly filed Reply.

Respectfully Submitted,

/s Ellen K. Giarratana
Ellen K. Giarratana
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Ste 100
Denver, Colorado 80205
303-578-4400 (t)
303-578-4401 (f)
eg@rmlawyers.com
ih@rmlawyers.com